No. 854. MOON *v.* UNION CENTRAL LIFE INSURANCE Co. ET AL. April 29, 1940. .Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Samuel E. Cook* for petitioner. *Messrs. Arthur S. Lytton* and *Virgil D. Parish* for respondents.

No. 880. HARPIN *v.* JOHNSTON, WARDEN. April 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Harold Harpin, pro se.*

No. 916. ROBERTSON ET AL. *v.* CHRONISTER ET AL. April 29, 1940. Petition for writ of certiorari to the Supreme Court of Arkansas, and motion for leave to proceed further *in forma pauperis,* denied. *Dora Robertson, pro se.*

No. 805. TOWNSHIP OF SOUTH HACKENSACK *v.* FEDERAL DEPOSIT INSURANCE CORP. April 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Harry Lane* for petitioner. *Attoney General Jackson* and *Messrs. Warner W. Gardner, L. E. Birdzell, James M. Kane,* and *James D. Carpenter* for respondent.

No. 808. BAXTER *v.* EMORY UNIVERSITY ET AL. April 29, 1940. Petition for writ of certiorari to the Circuit